UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOREXPO LLC and KENDAL FLORAL SUPPLY, LLC,<br><br>                     Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                     Defendant. | Case No.: 20-CV-1024 JLS (DEB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 22) |

    Presently before the Court is Defendant Travelers Property Casualty Company of America's Motion to Dismiss for Lack of Prosecution Pursuant to Rule 41(b) (ECF No. 22). On its own motion, the Court **VACATES** the hearing currently set for June 10, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

    **IT IS SO ORDERED.**

Dated: May 26, 2021

                                                            Hon. Janis L. Sammartino
                                                            United States District Judge